AO 91 (Rev. 5/85) - Criminal Complaint

# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

FILED
2008 MAY 12 A 10: 26
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES OF AMERICA

V.

Gilberto VARGAS-Bautista

CRIMINAL COMPLAINT

08-70278  PVT

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On a date unknown but no later than, __April 25, 2008__, in __Santa Clara County__ in the __Northern__ District of __California__ defendant(s)

Unlawfully re-entered and was found in the United States after deportation, without the permission of the Attorney General

in violation of Title __8__ United States Code, Section(s) __1326__
I further state that I am a(n) __Deportation Officer__ and that this complaint is based on the following
Official Title
facts:

SEE ATTACHED AFFIDAVIT

PENALTIES: $250,000.00 fine, twenty years imprisonment and $100.00 special assessment fee and a Term of Supervised Release up to three years.

Requested bail: Issue no bail warrant.

APPROVED AS TO FORM: _____
ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__5/12/08__       at       __San Jose, California__
Date                         City and State

Patricia V. Trumbull
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

RE: Gilberto VARGAS-Bautista

A78 090 117

I, Timothy F. Purdy, am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE). I have been employed by this agency, U.S. Customs & Border Protection (CBP) and the former Immigration and Naturalization Service (INS), since October 1, 2002. I am currently assigned to the Criminal Alien Program at the San Jose, California Sub-Office. In such capacity, I have reviewed the official immigration "A-File" relating to the above named defendant, which attests to the following:

(1) The DEFENDANT Gilberto VARGAS-Bautista, is a 30 year-old single male, citizen and native of Michoacan, Mexico, born on October 31, 1978, as substantiated by three sworn statements made to that effect by the DEFENDANT during an interviews conducted on the following dates: March 15, 1999, made to INS Officials at the San Ysidro Port of Entry, November 2, 2006, made to DRO /ICE Officials at the Detention and Removal Office/ICE San Jose, CA, April 25, 2008, made to DRO /ICE Officials at the Santa Clara County Jail in San Jose, California;

(2) The DEFENDANT has been assigned Alien Registration number of A78 090 117, FBI number of 219312KB5, and California Criminal State ID Number of A25055150;

(3) On March 15, 1999, the DEFENDANT was determined to be unlawfully present in the United States by the Deputy Assistant Port Director INS, San Ysidro, California and ordered an Expedited Removal of the DEFENDANT from the United States to Mexico;

(4) On December 10, 2003, the DEFENDANT was convicted in the Superior Court of California/County of San Mateo of the following offense: DRIVING UNDER THE INFLUENCE/ALCOHOL, a misdemeanor, in violation of California Vehicle Code, Section 23152 and sentenced to two days in jail;

(5) On March 27, 2007, the DEFENDANT was convicted in the Superior Court of California/County of Santa Clara of the following offense: POSSESSION/PURCHASE FOR SALE NARCOTICS/CONTROLLED SUBSTANCE/METHAMPHETAMINE, a felony, in violation of California Health and Safety Code Section 11378 and sentenced to sixteen months in jail;

(6) On June 13, 2007, the DEFENDANT was determined to be unlawfully present in the United States by the Assistant Field Office Director ICE, San Francisco, California and ordered deported from the United States to Mexico;

RE: Gilberto VARGAS-Bautista

A78 090 117

(7) On April 21, 2008, the DEFENDANT was arrested by the San Jose Police Department for violations of his parole. These charges were subsequently dismissed and the DEFENDANT was placed into DRO/ICE San Jose's custody;

(8) On, April 25, 2008, the DEFENDANT was encountered by IEA Oidem, at the Santa Clara County Jail and determined to be unlawfully present in the United States after a prior deportation. IEA Oidem then advised the DEFENDANT his **Miranda** rights in the English language. After the reading of his **Miranda** rights, the DEFENDANT provided a written statement admitting alienage;

(9) On April 25, 2008, the DEFENDANT provided his right thumb and right index fingers with his sworn statement. A latent print examiner with the Santa Clara County Sheriff's Department conducted a comparison of those same fingerprints on the copies of the executed Warrants of Deportation and his existing fingerprints on file. The latent print examiner determined that the fingerprints were identical and were those of DEFENDANT Gilberto VARGAS-Bautista;

(10) The DEFENDANTS official A-File does not contain any record or indication that he either requested or received permission from the Secretary of the Department of Homeland Security or the Attorney General of the United States to reenter the United States;

(11) Based on the above stated information, this Officer believes there is sufficient probable cause that the DEFENDANT is present within the United States in violation of Title 8 United States Code, Section 1326.

Timothy F. Purdy
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me this 12 day of May, 2008

Patricia V. Trumbull
UNITED STATES MAGISTRATE JUDGE