AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court

<u>NORTHERN</u> DISTRICT OF <u>CALIFORNIA</u>

**FILED**
MAY 23 2008
CLERK, U.S. ...
NORTHERN DISTRICT OF ...
SAN JOSE CALIFORNIA

UNITED STATES OF AMERICA

V.

GILBERTO VARGAS-BAUTISTA

**WAIVER OF INDICTMENT**

CASE NUMBER: CR08-00344JF

I, <u>GILBERTO VARGAS-BAUTISTA</u>, the above named defendant, who is accused of

<u>8 U.S.C. § 1326 (illegal reentry)</u>

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive

in open court on <u>5/23/08</u> prosecution by indictment and consent that the
                        Date

proceeding may be by information rather than by indictment.

*Gilberto Vargas*
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer