JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

BENJAMIN T. KENNEDY (CASBN 241350)
Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-5059
   Facsimile:  (408) 535-5066
   Email: benjamin.t.kennedy@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   CR 08-00344 JF |
|    Plaintiff, ) | STIPULATION AND [IXXXXXXXXD] ORDER EXCLUDING TIME FROM MAY 23, 2008 TO JUNE 18, 2008 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
|    v. ) | |
| GILBERTO VARGAS-BAUTISTA, ) | |
|    Defendant. ) | |

   The parties stipulate that the time between May 23, 2008 and June 18, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.

//

1

1  | 18 U.S.C. § 3161(h)(8)(A).
2  |
3  | DATED: May 23, 2008                    JOSEPH P. RUSSONIELLO
   |                                        United States Attorney
4  |
5  |                                          /s/
   |                                        _____
   |                                        BENJAMIN T. KENNEDY
6  |                                        Assistant United States Attorney
7  |
8  |                                          /s/
   |                                        _____
   |                                        MANUEL ARAUJO
9  |                                        Assistant Federal Public Defender
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

1 **ORDER**

2 Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY
3 ORDERS that the time between May 23, 2008 and June 18, 2008 is excluded under the Speedy
4 Trial Act, 18 U.S.C. § 3161. The court finds that the failure to grant the requested continuance
5 would unreasonably deny defense counsel reasonable time necessary for effective preparation,
6 taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of
7 justice served by granting the requested continuance outweigh the best interest of the public and
8 the defendant in a speedy trial and in the prompt disposition of criminal cases. The court
9 therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A).

11 IT IS SO ORDERED.

12 DATED:    May 28, 2008

_____
PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE