1    JOSEPH P. RUSSONIELLO (CASBN 44332)
     United States Attorney
2
     BRIAN J. STRETCH (CASBN 163973)
3    Chief, Criminal Division

4    CHAD M. MANDELL (ILBN 6286783)
     Assistant United States Attorney
5
        150 Almaden Boulevard
6       San Jose, California 95113
        Telephone: (408) 535-5059
7       Facsimile:  (408) 535-5066
        Email: chad.mandell@usdoj.gov
8
     Attorneys for the United States of America
9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                         SAN JOSE DIVISION

13

14   UNITED STATES OF AMERICA,        )    No.    08-00344 JF
                                      )
15        Plaintiff,                   )    STIPULATION AND [PROPOSED]
                                      )    ORDER EXCLUDING TIME FROM JUNE
16   v.                               )    18 TO JULY 23, 2008 FROM THE
                                      )    SPEEDY TRIAL ACT CALCULATION
17   GILBERTO VARGAS-BAUTISTA,         )    (18 U.S.C. § 3161(h)(8)(A))
                                      )
18        Defendant.                   )
                                      )
19   _____ )

20

21        The parties stipulate that the time between June 18, 2008 and July 23, 2008 is excluded under

22   the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested

23   continuance would unreasonably deny defense counsel reasonable time necessary for effective

24   preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the

25   ends of justice served by granting the requested continuance outweigh the best interest of the

26   //

27   //

28   //

                                         1

public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.

18 U.S.C. §3161(h)(8)(A).


DATED: June 18, 2008                          JOSEPH P. RUSSONIELLO
                                              United States Attorney


                                              ___/s/_____
                                              CHAD M. MANDELL
                                              Special Assistant United States Attorney


                                              ___/s/_____
                                              MANUEL U. ARAUJO
                                              Assistant Federal Public Defender

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between June 18, 2008 and July 23, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. §3161.  The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(8)(A).

IT IS SO ORDERED.

DATED:                          _____
                                JEREMY FOGEL
                                UNITED STATES DISTRICT JUDGE