**UNITED STATES DISTRICT COURT**
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Status Review, June 18, 2008
**Case Number:** CR-08-00344-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | UNITED STATES OF AMERICA V. GILBERTO VARGAS-BAUTISTA |
|---|---|

| **PLAINTIFF** | **DEFENDANT** |
|---|---|
| United States | Gilberto Vargas-Bautista |
| Attorneys Present: Chad Mandell | Attorneys Present: Manuel Araujo |

PROCEEDINGS:
    Status review hearing held. Counsel, Spanish interpreter Lupita Arce and defendant are present. Continued to 7/23/08 at 9:00 a.m. for further status review. 35 days are excluded for the reasons stated.