# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review, July 23, 2008
**Case Number:** CR-08-00344-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**     **UNITED STATES OF AMERICA V. GILBERTO VARGAS-BAUTISTA**

| PLAINTIFF | DEFENDANT |
|---|---|
| **United States** | **Gilberto Vargas-Bautista** |
| Attorneys Present: Chad Mandell | Attorneys Present: Manuel Araujo, Alex Park |

---

PROCEEDINGS:

Further status review hearing held.  Counsel, Spanish interpreter Lupita Arce and defendant are present.  Alex Park substitutes in as counsel for defendant and Manuel Araujo is relieved.  Continued to 9/3/08 at 9:00 a.m. for further status review.  42 days are excluded for the reasons stated.